UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REMESH, INC.

Plaintiff,

-v-

CIVIL ACTION NO. 25 Civ. 7700 (GHW) (SLC)

KANTAR LLC, et al.,

**ORDER**

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff Remesh, Inc. ("Remesh") was required to serve a summons and the complaint (Dkt. No. 7 (the "Complaint")) on Defendants Kantar LLC, Kantar Group Limited, and Kantar China (together, the "Defendants") by December 16, 2025. See Fed. R. Civ. P. 4(m). Remesh previously filed proof of service of the summons and Complaint on two of the Defendants — Kantar LLC, (Dkt. No. 17), and Kantar Group Limited, (Dkt. No. 19). Remesh, however, did not file proof of service of the summons and Complaint on Defendant Kantar China. As a one-time courtesy, the Court sua sponte **EXTENDS** Remesh's deadline to file proof of service of the summons and Complaint on Defendant Kantar China up to and including **December 30, 2025**.

Remesh is warned that failure to file proof of service of the summons and Complaint on Defendant Kantar China by **December 30, 2025** may result in the undersigned recommending

2

that the Court dismiss Remesh's claims against Kantar China for failure to prosecute.

Dated:      New York, New York
            December 17, 2025         SO ORDERED.

                                          SARAH L. CAVE
                                      **United States Magistrate Judge**