UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REMESH, INC.<br><br>                          Plaintiff,<br><br>     -v-<br><br>KANTAR LLC, <u>et al.</u>,<br><br>                          Defendants. | CIVIL ACTION NO. 25 Civ. 7700 (GHW) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

On September 16, 2025, Plaintiff Remesh, Inc. ("Plaintiff") brought this action for alleged misappropriation of trade secrets, breach of contract, copyright infringement, trade dress infringement, and for declaratory judgment against Defendants Kantar LLC ("Kantar US"), Kantar Group Limited ("Kantar UK"), and Kantar China (together, the "Defendants").  (Dkt. No. 7 (the "Complaint")).  This action has been referred to the undersigned for general pretrial management and dispositive motions requiring a report and recommendation.  (Dkt. No. 16).

On December 1, 2025, Defendants Kantar US and Kantar UK filed a motion to dismiss the Complaint.  (Dkt. No. 35 (the "Motion")).  In response to the Motion, on December 22, 2025, Plaintiff amended its Complaint as of right pursuant to Fed. R. Civ. P. 15(a)(1)(B).  (Dkt. No. 40; 46 (the "AC")).  Given Plaintiff's filing of the AC, the Motion is **DENIED** as moot.

As for Defendants' deadlines to respond to the AC, the request of Kantar US and Kantar UK to extend their deadline to respond to the AC, (<u>see</u> Dkt. No. 44), is **GRANTED**.  Kantar US and Kantar UK shall answer, move, or otherwise respond to the AC by **January 12, 2026**.

Kantar China, having waived service of the summons and Complaint in this action, (see Dkt. No. 45), shall answer, move, or otherwise respond to the AC by **March 23, 2026**, which is 90 days after Plaintiff filed the AC.  See Fed. R. Civ. P. 4(d)(3).

The Clerk of Court is respectfully directed to close Dkt. Nos. 35 and 44.

Dated:          New York, New York
                December 23, 2025

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        **United States Magistrate Judge**

2