UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REMESH, INC.

                            Plaintiff,

    -v-                                           CIVIL ACTION NO. 25 Civ. 7700 (GHW) (SLC)

                                                  **ORDER**

KANTAR LLC, et al.,

                            Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference on April 20, 2026 (the "Conference") to discuss Plaintiff Remesh, Inc.'s ("Plaintiff") letter motion at Dkt. No. 58 seeking (i) leave to conduct limited jurisdictional discovery in connection with Defendant Kantar China's motion to dismiss, (Dkt. No. 52 (the "KC MTD")) and (ii) an extension of Plaintiff's time to respond the KC MTD. (Dkt. No. 58 (the "Discovery Motion")).  By the **end of the day today, April 20, 2026**, the parties shall order an expedited copy of the Conference transcript by selecting "daily" service on the annexed form.  The Court will issue an order addressing the Discovery Motion in due course.

In the meantime, Plaintiff's deadline to respond to the KC MTD shall remain **EXTENDED** sine die.

Dated:       New York, New York
             April 20, 2026

                                          SO ORDERED.

                                          _____
                                          SARAH L. CAVE
                                          **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
NOTE: CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|