wolf greenfield
INTELLECTUAL PROPERTY LAW

**George T. "Jorde" Scott**
Jorde.Scott@WolfGreenfield.com
direct dial 617.646.8626

The Court is in receipt of the letter at Dkt. No. 85 filed by Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited ("Defendants") requesting redactions to the July 20, 2026 conference transcript (Dkt. No. 79 (the "Transcript")). (Dkt. No. 85 (the "Request")). Although Defendants list the requested redactions in their Request, they did not include a copy of the Transcript with those requested redactions. By **September 14, 2026**, Defendants shall file a copy of the Transcript with their requested redactions.

SO ORDERED. September 9, 2026

SARAH L. CAVE
United States Magistrate Judge

September 8, 2026

Honorable Sarah L. Cave
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Remesh, Inc. v. Kantar LLC, Kantar Group Limited, and Kantar China,* Case No. 1:25-cv-07700-GHW-SLC (SDNY)

Dear Judge Cave:

Pursuant to this District's Instructions regarding Requests for Additional Redactions and Section I.F.2 of Your Honor's Individual Practices (regarding Letter-Motions for approval of redacted filings), Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited file this Letter Motion for Redaction of Electronic Transcript.

On August 25, 2026, the official transcript of the Proceedings held on July 20, 2026 was filed electronically on the docket at ECF No. 80.[1] On September 1, 2026, within seven calendar days of the transcript's filing, Defendants timely filed a Notice of Intent to Request Redaction (ECF No. 84).

The transcript contains sensitive and confidential information that goes beyond the standard personal data identifiers automatically protected under Federal Rule of Civil Procedure 5.2(a). Specifically, the transcript contains discussions regarding and describing two of Defendants' confidential agreements that contain highly sensitive and proprietary business information concerning Defendants' internal intellectual property processes. These discussions are located at:

- Page 8, Lines 12 through 14;
- Page 21, Lines 11 through 14;

[1] The date stamp on ECF No. 80 is August 17, 2026, and the Notice of Electronic Filing email from the Court states "The following transaction was entered on 8/25/2026 at 11:33 PM EDT and filed on 8/17/2026. "

- Page 26, Lines 21 through 22;
- Page 33, Line 19 through Page 34, Line 9;
- Page 34, Lines 11 through 12, 13 through 15, 20 through 21, and 23;
- Page 34, Line 25 through Page 35, Line 2; and
- Page 35, Line 3.

Good cause exists to redact this information because the identified passages describe the specific, confidential terms of two of Defendants' agreements. The terms of these agreements are not known to the public, including Defendants' competitors, and the public disclosure of those terms would cause competitive harm to Defendants. Defendants have consistently treated this material as confidential, including by proposing corresponding redactions to deposition testimony describing the same terms, and producing the agreements in this action with an Outside Counsel's Eyes Only designation. The requested redactions are narrowly tailored to protect the sensitive information while maintaining public access to the remainder of the judicial record.

Additionally, pursuant to this District's Instructions regarding Requests for Additional Redactions, Defendants have submitted a "Redaction Request - Transcript" Form to the court reporter.

Pursuant to Section II.C.1 of Your Honor's Individual Practices, counsel certifies that the parties conferred regarding the requested relief on September 8, 2026. Participating attorneys were Joshua Pollack for Remesh and George Scott for Defendants. Counsel for Remesh indicated that Remesh does not oppose Defendants' Letter Motion for Redaction of Electronic Transcript.

wolf greenfield
INTELLECTUAL PROPERTY LAW



Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

*/s/ George T. Scott*
Michael A. Albert (*pro hac vice*)
Eric J. Rutt (*pro hac vice*)
George T. Scott (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
malbert@wolfgreenfield.com
erutt@wolfgreenfield.com
gscott@wolfgreenfield.com

Tonia A. Sayour (TS-7208)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
212.697.7890 Phone
617.646.8646 Fax

Mark J. Consilvio (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
202.571.5001 Phone
617.646.8646 Fax
mconsilvio@wolfgreenfield.com

*Counsel for Kantar China Limited, Kantar LLC and Kantar Group Limited*

wolf greenfield
INTELLECTUAL PROPERTY LAW



**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing. Pursuant to this District's Instructions regarding Requests for Additional Redactions, a copy of this document has also been served on the court reporter, Carole Ludwig.

*/s/ George T. Scott*

.