wolf greenfield
INTELLECTUAL PROPERTY LAW

**George T. "Jorde" Scott**
Jorde.Scott@WolfGreenfield.com
direct dial 617.646.8626

October 1, 2026

MEMO ENDORSED

**VIA ECF**

Honorable Sarah L. Cave
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Remesh, Inc. v. Kantar LLC, Kantar Group Limited, and Kantar China,* Case No. 1:25-cv-07700-GHW-SLC (SDNY)

Dear Judge Cave:

Pursuant to Section I.F.2 of Your Honor's Individual Practices, Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited ("Defendants") submit this unopposed letter motion to seal certain portions of Kantar China Limited's ("KCN") Reply ("Reply") in Support of KCN's Motion to Dismiss Plaintiff Remesh, Inc.'s ("Remesh") Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and the entirety of Exhibits A and B to the supporting Declaration of George T. Scott.

The Reply quotes, summarizes, and discusses confidential portions of the deposition transcripts of Gao Yu Xian and Wang (Sirius) Lei, as well as the Intra-Group Operating Fee Agreements, which have previously been sealed by the Court. *See* Dkt. Nos. 74, 88, 92. The Reply also quotes, summarizes, and discusses Exhibits A and B, which are confidential organizational charts produced by Defendants in this case that contain Defendants' Outside Counsel's Eyes Only confidential information. This letter motion requests to seal Exhibits A and B in their entirety.

Good cause exists to seal portions of the Reply and the entirety of Exhibits A and B, as they contain (1) information previously sealed by the Court, and (2) confidential information pertaining to the corporate structure of the Kantar family of companies. Such information is not known to the public, including Defendants' competitors, and the public disclosure of such information would cause competitive harm to Defendants. Defendants have consistently treated this material as confidential, including by proposing corresponding redactions to deposition testimony describing the same information, and producing the agreements and organizational charts in this action with an Outside Counsel's Eyes Only designation. The requested redactions

wolf greenfield
INTELLECTUAL PROPERTY LAW



in the contemporaneously filed redacted version of the Reply are narrowly tailored to protect the sensitive information while maintaining public access to the remainder of the judicial record.

Pursuant to Section II.C.1 of Your Honor's Individual Practices, counsel certifies that the parties conferred regarding the requested relief on September 30, 2026. Participating attorneys were Joshua Pollack for Remesh and George Scott for Defendants. Counsel for Remesh indicated that Remesh does not oppose Defendants' Letter Motion to Seal.

The Court is in receipt of the letter at Dkt. No. 94 filed by Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited ("KCN") (together, "Defendants") requesting to file under seal and in redacted form the reply in further support of KCN's motion to dismiss (Dkt. No. 96 (the "Reply")) because it quotes, summarizes, and discusses information that this Court has already sealed (the "Confidential Information"); and to seal the entirety of Exhibits A and B to the Declaration of George Scott (Dkt. Nos. 96-1; 96-2 (the "Exhibits")) because they are "confidential organizational charts produced by Defendants in this case that contain Defendants' Outside Counsel's Eyes Only confidential information. (Dkt. No. 94 (the "Sealing Request")).

Given that the Court has already sealed the Confidential Information contained in the Reply, (see Dkt. Nos. 74; 88; 92), the Exhibits are "confidential organizational charts[,]" and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed version of the Reply (Dkt. No. 95) and the Exhibits (Dkt. Nos. 95-1; 95-2) shall remain under seal. Defendants have already filed a publicly-viewable version of the Reply (Dkt. No. 96) with the Confidential Information redacted. By **October 5, 2026**, Defendants' counsel shall email courtesy copies of the unredacted version of the Reply and the unsealed versions of the Exhibits to Chambers at cave_nysdchambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close Dkt. No. 94.

SO ORDERED. October 2, 2026

Sarah L. Cave

SARAH L. CAVE
United States Magistrate Judge

wolf greenfield
INTELLECTUAL PROPERTY LAW



Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

*/s/ George T. Scott*
Michael A. Albert (*pro hac vice*)
Eric J. Rutt (*pro hac vice*)
George T. Scott (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
malbert@wolfgreenfield.com
erutt@wolfgreenfield.com
gscott@wolfgreenfield.com

Tonia A. Sayour (TS-7208)
WOLF, GREENFIELD & SACKS, P.C.
605 Third Avenue, 25th Floor
New York, NY 10158
212.697.7890 Phone
617.646.8646 Fax

Mark J. Consilvio (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
202.571.5001 Phone
617.646.8646 Fax
mconsilvio@wolfgreenfield.com

*Counsel for Kantar China Limited, Kantar LLC and Kantar Group Limited*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ George T. Scott*