UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REMESH, INC.

Plaintiff,

-v-

KANTAR LLC, et al.,

Defendants.

CIVIL ACTION NO. 25 Civ. 7700 (GHW) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 12, 2026, Defendants Kantar LLC ("KLLC") and Kantar Group Limited ("KGL") moved to dismiss the amended complaint (Dkt. No. 46 (the "AC")) for failure to state a claim (Dkt. Nos. 48–49; 51 (the "First MTD")), and on March 23, 2026, Defendant Kantar China ("KCN") moved to dismiss the AC for failure to state a claim and for lack of personal jurisdiction. (Dkt. Nos. 52–54 (the "Second MTD," with the First MTD, the "MTDs")).

The Court held oral argument on the MTDs on November 5, 2026 (the "Hearing"). By **November 6, 2026**, the parties shall order a copy of the Hearing transcript (the "Transcript") online at https://www.sdreporters.com/. Once the Court receives the Transcript, it will issue a report and recommendation on the MTDs in due course.

Dated: New York, New York
November 5, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**