wolf greenfield
INTELLECTUAL PROPERTY LAW

**George T. "Jorde" Scott**
Jorde.Scott@WolfGreenfield.com
direct dial 617.646.8626

November 6, 2026

**VIA ECF**

**MEMO ENDORSED**

Honorable Sarah L. Cave
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Remesh, Inc. v. Kantar LLC, Kantar Group Limited, and Kantar China,* Case No. 1:25-cv-07700-GHW-SLC (SDNY)

Dear Judge Cave:

Pursuant to Section I.F.2 of Your Honor's Individual Practices, Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited ("Defendants") submit this unopposed letter motion to seal certain portions of Defendants' presentation ("Presentation") that was presented during the November 5, 2026 hearing on Kantar China Limited's Motion to Dismiss Plaintiff Remesh, Inc.'s Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and Kantar LLC and The Kantar Group Limited's Motion to Dismiss Plaintiff Remesh, Inc.'s Amended Complaint Pursuant to Federal Rules of Civil Procedure 12(b)(6).

Additionally, Remesh has requested that Defendants remove slides not displayed during the hearing for lack of time. Specifically, Remesh identified Slide 51. To avoid further dispute on this matter, Defendants have removed that slide from the attached slide deck.

The Presentation quotes, summarizes, and discusses confidential portions of (1) the deposition transcripts of Gao Yu Xian and Wang (Sirius) Lei, (2) the Intra-Group Operating Fee Agreements, (3) the Group IP Records Platform extract (Dkt. No. 90-5), and (4) Exhibits A and B (Dkt. Nos. 95-1, 95-2) to the Declaration of George Scott (Dkt. No. 96-1), which have previously been sealed by the Court. *See* Dkt. Nos. 74, 88, 92, 97.

Good cause exists to seal portions of the Presentation, as it contains information previously sealed by the Court. Such information is not known to the public, including Defendants' competitors, and the public disclosure of such information would cause competitive harm to Defendants. Defendants have consistently treated this material as confidential, including by proposing corresponding redactions to deposition testimony describing the same information,

wolf greenfield
INTELLECTUAL PROPERTY LAW



and producing the agreements and organizational charts in this action with an Outside Counsel's Eyes Only designation. The requested redactions in the contemporaneously filed redacted version of the Presentation are narrowly tailored to protect the sensitive information while maintaining public access to the remainder of the judicial record.

Pursuant to Section II.C.1 of Your Honor's Individual Practices, counsel certifies that the parties conferred regarding the requested relief on November 6, 2026. Participating attorneys were Joshua Pollack for Remesh and George Scott for Defendants. Counsel for Remesh indicated that Remesh does not oppose Defendants' Letter Motion to Seal.

The Court is in receipt of the letter at Dkt. No. 102 filed by Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited (together, "Defendants") requesting to file under seal and in redacted form Defendants' presentation (Dkt. No. 103 (the "Presentation")) that they presented during the November 5, 2026 hearing on Defendants' motions to dismiss because the Presentation quotes, summarizes, and discusses confidential information that this Court has previously sealed. (Dkt. No. 102 (the "Sealing Request")). Plaintiff Remesh, Inc. does not oppose the Sealing Request.

Given that Plaintiff does not oppose the Sealing Request, the Court has already sealed the confidential information (see Dkt. Nos. 74, 88, 92, 97), and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed version of the Presentation (Dkt. No. 103) shall remain under seal. Defendants have already filed a publicly-viewable version of the Presentation (Dkt. No. 104) with the confidential information redacted. By **November 10, 2026 at 5:00 p.m. ET**, Defendants' counsel shall email a courtesy copy of the unredacted version of the Presentation to Chambers at cave_nysdchambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close Dkt. Nos. 102 and 103.

SO ORDERED. November 9, 2026

[signature]
SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

*/s/ George T. Scott*

Michael A. Albert (*pro hac vice*)
Eric J. Rutt (*pro hac vice*)
George T. Scott (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
malbert@wolfgreenfield.com
erutt@wolfgreenfield.com
gscott@wolfgreenfield.com

Mark J. Consilvio (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
202.571.5001 Phone
617.646.8646 Fax
mconsilvio@wolfgreenfield.com

*Counsel for Kantar China Limited, Kantar LLC and Kantar Group Limited*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ George T. Scott*