wolf greenfield
INTELLECTUAL PROPERTY LAW

**George T. "Jorde" Scott**
Jorde.Scott@WolfGreenfield.com
direct dial 617.646.8626

November 10, 2026

**MEMO ENDORSED**

**VIA ECF**

Honorable Sarah L. Cave
United States District Court, Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Remesh, Inc. v. Kantar LLC, Kantar Group Limited, and Kantar China,*
Case No. 1:25-cv-07700-GHW-SLC (SDNY)

Dear Judge Cave:

Pursuant to Section I.F.2 of Your Honor's Individual Practices, Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited ("Defendants") submit this unopposed letter motion to seal replacement copies of Exhibits A and B to the Declaration of George Scott (Dkt. No. 96-1). These exhibits were filed under seal as Dkt. Nos. 95-1 and 95-2. At the November 5, 2026 hearing on Defendants' motions to dismiss, the Court asked Defendants to provide clearer copies of these exhibits. Hearing Tr., 3:22-4:2.

Exhibits A and B are confidential organizational charts that Defendants produced in this action with an Outside Counsel's Eyes Only designation. The Court previously sealed both exhibits in their entirety. *See* Dkt. No. 97. The replacement copies contain the same confidential information. To provide a clearer copy, the replacement for Exhibit A (Dkt. No. 95-1) is a version of the same organizational chart before it was apostilled and scanned.

Good cause exists to seal the replacement copies of Exhibits A and B in their entirety, as they contain the same information previously sealed by the Court. The replacement copies contain confidential information pertaining to the corporate structure of the Kantar family of companies. Such information is not known to the public, including Defendants' competitors, and its public disclosure would cause competitive harm to Defendants. Defendants have consistently treated this material as confidential, including by producing the organizational charts in this action with an Outside Counsel's Eyes Only designation.

Pursuant to Section II.C.1 of Your Honor's Individual Practices, counsel certifies that the parties conferred regarding the requested relief on November 10, 2026. Participating attorneys

wolf greenfield
INTELLECTUAL PROPERTY LAW



were Joshua Pollack for Remesh and George Scott for Defendants. Counsel for Remesh indicated that Remesh does not oppose Defendants' Letter Motion to Seal.

During the hearing on November 5, 2026 on the motion to dismiss filed by Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited ("KCN") (together, "Defendants"), the Court requested Defendants to provide clearer copies of Exhibits A and B to the Reply Declaration of George Scott that the Court previously sealed. (Dkt. Nos. 95-1; 95-2 (the "Original Exhibits")). The Court is in receipt of Defendants' letter at Dkt. No. 110 requesting to seal the replacement copies of Exhibits A and B (Dkt. No. 111-1 (the "Replacement Exhibits")). (Dkt. No. 110 (the "Sealing Request")).

Given that the Court already sealed the Original Exhibits (Dkt. No. 97), which are confidential organizational charts, and "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GE Healthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Sealing Request is **GRANTED**.

The sealed versions of the Replacement Exhibits (Dkt. No. 111-1) shall remain under seal. By **November 13, 2026**, Defendants' counsel shall email courtesy copies of the unsealed versions of the Replacement Exhibits to Chambers at cave_nysdchambers@nysd.uscourts.gov.

The Clerk of Court is respectfully directed to close Dkt. No. 110.

SO ORDERED. November 12, 2026

[signature]
SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

*/s/ George T. Scott*

Michael A. Albert (*pro hac vice*)
Eric J. Rutt (*pro hac vice*)
George T. Scott (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
malbert@wolfgreenfield.com
erutt@wolfgreenfield.com
gscott@wolfgreenfield.com

Mark J. Consilvio (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
601 Massachusetts Avenue, NW
Washington, DC 20001
202.571.5001 Phone
617.646.8646 Fax
mconsilvio@wolfgreenfield.com

*Counsel for Kantar China Limited, Kantar LLC and Kantar Group Limited*

wolf greenfield
INTELLECTUAL PROPERTY LAW



**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing.

*/s/ George T. Scott*