wolf greenfield
INTELLECTUAL PROPERTY LAW

**George T. "Jorde" Scott**
Jorde.Scott@WolfGreenfield.com
direct dial 617.646.8626

November 16, 2026

**MEMO ENDORSED**

**VIA ECF**

Honorable Sarah L. Cave
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re: *Remesh, Inc. v. Kantar LLC, Kantar Group Limited, and Kantar China,*
Case No. 1:25-cv-07700-GHW-SLC (SDNY)

Dear Judge Cave:

Pursuant to this District's Instructions regarding Requests for Additional Redactions and Section I.F.2 of Your Honor's Individual Practices (regarding Letter-Motions for approval of redacted filings), Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited file this Letter Motion for Redaction of Electronic Transcript.

On November 9, 2026, the official transcript of the Proceedings held on November 5, 2026 was filed electronically on the docket as Dkt. No. 105. On November 9, 2026, within seven calendar days of the transcript's filing, Defendants timely filed a Notice of Intent to Request Redaction (Dkt. No. 108). The Court ordered Defendants to file their redaction request by November 30, 2026. Dkt. No. 109.

The transcript contains sensitive and confidential information that goes beyond the standard personal data identifiers automatically protected under Federal Rule of Civil Procedure 5.2(a). Specifically, the identified passages quote, summarize, and discuss confidential portions of (1) the deposition transcripts of Gao Yu Xian and Wang (Sirius) Lei and (2) the Intra-Group Operating Fee Agreements, which have previously been sealed by the Court. *See* Dkt. Nos. 74, 88, 92, 97. The Court also sealed the portions of Defendants' presentation at the November 5, 2026 hearing that discuss the same materials. Dkt. No. 107. These passages are located at:

- Page 8, Lines 14 through 15, 17, and 22;
- Page 9, Lines 3 through 7, 11, and 16 through 18;
- Page 12, Lines 23 through 25;

wolf greenfield
INTELLECTUAL PROPERTY LAW



- Page 13, Lines 1 through 5, 8 through 10, 12 through 13, 14 through 15, and 16 through 17;
- Page 24, Lines 4 through 8 and 10 through 17;
- Page 25, Lines 15 through 16 and 19 through 25;
- Page 26, Lines 24 through 25;
- Page 29, Lines 18 through 21;
- Page 31, Lines 13, 18 through 19, and 22 through 25;
- Page 32, Lines 1 through 4;
- Page 33, Lines 11 through 12;
- Page 47, Lines 17 through 23; and
- Page 48, Lines 1 through 3.

A copy of the transcript showing Defendants' proposed redactions is attached as Exhibit A.

Good cause exists to redact these passages, as they contain information previously sealed by the Court. *See* Dkt. Nos. 74, 88, 92, 97, 107. Such information is not known to the public, including Defendants' competitors, and the public disclosure of such information would cause competitive harm to Defendants. Defendants have consistently treated this material as confidential, including by proposing corresponding redactions to deposition testimony describing the same information, and producing the agreements in this action with an Outside Counsel's Eyes Only designation. The requested redactions are narrowly tailored to protect the sensitive information while maintaining public access to the remainder of the judicial record.

Additionally, pursuant to this District's Instructions regarding Requests for Additional Redactions, Defendants have submitted a "Redaction Request - Transcript" Form to the court reporter.

Pursuant to Section II.C.1 of Your Honor's Individual Practices, counsel certifies that the parties conferred regarding the requested relief on November 13, 2026. Participating attorneys were Joshua Pollack for Remesh and George Scott for Defendants. Counsel for Remesh

wolf greenfield INTELLECTUAL PROPERTY LAW



indicated that Remesh does not oppose Defendants' Letter Motion for Redaction of Electronic Transcript.

The Court is in receipt of the letter at Dkt. No. 113 filed by Defendants Kantar LLC, The Kantar Group Limited, and Kantar China Limited ("Defendants") requesting to seal portions of the November 5, 2026 conference transcript (Dkt. No. 105 (the "Transcript")) along with Defendants' proposed redacted transcript (Dkt. No. 113-1). (Dkt. No. 113 (the "Sealing Request")). Defendants state that the Transcript "contains sensitive and confidential information that goes beyond standard personal data identifiers automatically protected under Federal Rule of Civil Procedure 5.2(a). Specifically, the identified passages quote, summarize, and discuss confidential portions of (1) the deposition transcripts of Gao Yu Xian and Wang (Sirius) Lei and (2) the Intra-Group Operating Fee Agreements, which have previously been sealed by the Court." (Dkt. No. 113 at 1). Given that "documents containing proprietary information and sensitive business information are routinely sealed in this [D]istrict[,]" Spectrum Dynamics Med. Ltd. v. GEHealthcare Techs., Inc., No. 18 Civ. 11386 (VSB) (KHP), 2026 WL 931622, at *2 (S.D.N.Y. Apr. 6, 2026), the Court **APPROVES** Defendants' proposed redactions to the Transcript (Dkt. No. 113-1), and **GRANTS** the Sealing Request.

The Transcript at Dkt. No. 105 shall be placed under seal. The transcriber is respectfully directed to apply Defendants' redactions (Dkt. No. 113-1) to the Transcript and docket the redacted version as the publicly-viewable Transcript.

The Clerk of Court is respectfully directed to:
1) Seal the Transcript at Dkt. No. 105; and
2) Close Dkt. No. 113.

SO ORDERED. November 17, 2026

SARAH L. CAVE
United States Magistrate Judge

Respectfully submitted,

WOLF, GREENFIELD & SACKS, P.C.

/s/ George T. Scott

Michael A. Albert (*pro hac vice*)
Eric J. Rutt (*pro hac vice*)
George T. Scott (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax
malbert@wolfgreenfield.com
erutt@wolfgreenfield.com
gscott@wolfgreenfield.com

Mark J. Consilvio (*pro hac vice*)
WOLF, GREENFIELD & SACKS, P.C.
901 New York Avenue, NW, Suite 500 East
Washington, DC 20001
202.571.5001 Phone
617.646.8646 Fax
mconsilvio@wolfgreenfield.com

*Counsel for Kantar China Limited, Kantar LLC and Kantar Group Limited*

**CERTIFICATE OF SERVICE**

I certify that this document is being filed through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing (NEF). Any counsel for other parties who are not registered participants are being served by first class mail on the date of electronic filing. Pursuant to this District's Instructions regarding Requests for Additional Redactions, a copy of this document has also been served on the court reporter, Doug Colavito.

*/s/ George T. Scott*
George T. Scott